UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00173-FDW-DCK

| | |
|---|---|
| CARLTON L. GREEN, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| CAROLYN W. COLVIN | ) |
| Defendant. | ) |

THIS MATTER is before the Court on Defendant's Consent Motion to Remand to the Social Security Administration. (Doc. No. 11). The Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing his decision with a remand of the cause for further administrative proceedings.

On remand, the Commissioner will further evaluate the severity of the claimant's impairments; further evaluate the medical opinions of record and the claimant's residual functional capacity; and further evaluate the claimant's ability to perform other work that exists in significant numbers in the national economy, obtaining supplemental vocational expert evidence.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405 (g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405 (g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED.

Signed: January 28, 2015

Frank D. Whitney
Chief United States District Judge